

**JUDICIAL NOTICE TO THE DISTRICT COURT
FOR THE UNITED STATES OF AMERICA
CENTRAL DISTRICT OF CALIFORNIA**

LUNAR NEW YEAR
* FOREVER USA *

[January 09, 2025]

In Re: Asim Najee Asmar Bey, a.k.a. Nadie Taa El, Sui Juris, Jus Imperii,
In Propria Persona: Ex Relatione,
ASIM NAJEE ASMAR BEY, ESTATE
Office of the Executor,
Employer ID No.: 565533821
In Care of General Post Office Box 1173,
Riverside [Non-domestic], California, near [92501]
[*Plaintiff*]

FILED
CLERK, U.S. DISTRICT COURT

JAN - 9 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION **ALIEN TORT CLAIM**

V.

**ED CV 25 - 00054-KK (SPx)**

DEMAND JURY TRIAL

STATE OF CALIFORNIA DUNS NO.: 071549000
STATE CAPITOL, Sacramento, California 95814
(916) 445-2841

COUNTY OF SAN BERNARDINO DUNS NO.: 028146178
10417 Mountain View Avenue Fourth Floor, California 92354
(866) 901 3212

COUNTY OF RIVERSIDE DUNS NO.: 072514789
4080 Lemon Street Floor 11, Riverside, California 92501
(951) 955-1110

GAVIN CHRISTOPHER NEWSOM, in his official capacity as
Governor of the State of California,
STATE CAPITOL, Sacramento, California 95814

ALEJANDRO PADILLA in his official capacity as foreign agent,
former California Secretary of State,
1999 Avenue of the Stars, Floor 8, Los Angeles, California 90067

XAVIER BECERRA in his official capacity as foreign agent,
California British Accreditation Registry Member No.: 118517
former California Attorney General,
200 Independence Avenue Southwest, Washington, DC 20201-0004

ROBERT ANDRES BONTA in his official capacity as foreign agent
California British Accreditation Registry Member No.: 202668
Attorney General of the State of California,
California Attorney General's Office, 1300 I Street, Sacramento, California 95814

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 1

SHIRLEY N. WEBER PH.D. in her official capacity as foreign agent,
State of California, Secretary of State
1500 11th Street Sacramento, California 95814

MARIE GIRULAT in her official capacity as foreign agent,
Former Director of San Bernardino Child Support Services,
10417 Mountain View Avenue, California 92354

TARA REILLY in her official capacity as foreign agent,
California British Accreditation Registry Member  No.: 145642
supervising debt collector,
San Bernardino County Administrator of the State Admiralty Maritime,
Military Tribunal VESSEL
247 West 3rd Street, San Bernardino, California 92415

DEBORAH ANN DANIEL in her official capacity as foreign agent,
California British Accreditation Registry Member No.: 89501
San Bernardino Commission of the State Admiralty Maritime,
Military Tribunal VESSEL
351 North Arrowhead Avenue, San Bernardino, California 92415

MICHAEL JOHN TORCHIA in his official capacity as foreign agent,
California British Accreditation Registry Member No.: 101454
San Bernardino Commission of the State Admiralty Maritime,
Military Tribunal VESSEL
351 North Arrowhead Avenue, San Bernardino, California 92415

JESSICA MORGAN SPARKS – TANKERSLEY in his official capacity as foreign agent,
 California British Accreditation Registry Member No.: 258774
Commissioner on Judicial Performance,
455 Golden Gate Ave, Ste 14400, San Francisco, CA 94102-7007

AMY N LADINE in his official capacity as foreign agent,
California Commissioner on Judicial Performance,
201 3rd Street, Oakland California 94607

CHERYL CHARLOTTE MURPHY in his official capacity as foreign agent,
California British Accreditation Registry Member No.: 150733
Riverside County Administrator of the State Admiralty Maritime,
Military Tribunal VESSEL
4175 Main Street, Riverside, California, 92501

DONALD ROBERT ALVAREZ in his official capacity as foreign agent,
California British Accreditation Registry Member No.: 97256
San Bernardino County Administrator of the State Admiralty Maritime,
Military Tribunal VESSEL
247 West Third Street, San Bernardino, California [92415-0210]

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 2

CHRISTIAN J.J. TOWNS in his official capacity as foreign agent,
California British Accreditation Registry Member No.: 270567
San Bernardino Administrator of the State Admiralty Maritime,
Military Tribunal VESSEL
247 West Third Street, San Bernardino, California 92415-0210

SCOTT EDWARD SEELEY in his official capacity as foreign agent,
California British Accreditation Registry Member No.:150020
San Bernardino Administrator of the State Admiralty Maritime,
Military Tribunal VESSEL
351 North Arrowhead Avenue, San Bernardino, California 92415

ANABEL Z. ROMERO in her official capacity as foreign agent,
San Bernardino Court Executive Officer of the State Admiralty Maritime,
Military Tribunal VESSEL
351 North Arrowhead Avenue, San Bernardino, California 92415

MARIE THERSE GIRULAT in her official capacity as foreign agent,
former Director of Child Support,
247 West 3rd Street, San Bernardino, California 92415

NANCY CS EBERHARDT in her official capacity as foreign agent
State of California, San Bernardino County Clerk of Court
247 West 3rd Street, San Bernardino, California 92415

KAREN DALLATORRE in her official capacity as foreign agent,
State of California, San Bernardino County Deputy Clerk of Court,
247 West 3rd Street, San Bernardino, California 92415

KEITH DAVID DAVIS, in his official capacity as foreign agent,
California British Accreditation Registry Member No.: 112457
247 West 3rd Street, San Bernardino, California 92415

KIMBERLY HOTCHKISS-HERNANDEZ in her official capacity as foreign agent,
State of California, San Bernardino County Judicial Assistant,
247 West 3rd Street, San Bernardino, California 92415

KHYMBERLI SIKA YAWO APALOO in her official capacity as foreign agent,
California British Accreditation Registry Member No.: 192860
San Bernardino Administrator of the State Admiralty Maritime,
Military Tribunal VESSEL
351 North Arrowhead Avenue, San Bernardino, California 92415

MICHELLE H GILLEECE in her official capacity as foreign agent,
California British Accreditation Registry Member No.: 226445
San Bernardino Administrator of the State Admiralty Maritime,
Military Tribunal VESSEL
351 North Arrowhead Avenue, San Bernardino, California 92415

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 3

JAMES JUSTIN HOSKING in his official capacity as foreign agent,
California British Accreditation Registry Member No.: 199424
San Bernardino Administrator of the State Admiralty Maritime,
Military Tribunal VESSEL
351 North Arrowhead Avenue, San Bernardino, California 92415

JAMES STEVEN SINGLEY in his official capacity as foreign agent,
California British Accreditation Registry Member No.: 206992
San Bernardino Administrator of the State Admiralty Maritime,
Military Tribunal VESSEL
351 North Arrowhead Avenue, San Bernardino, California 92415

MICHAEL ALAN SACHS in his official capacity as foreign agent,
California British Accreditation Registry Member No.: 134655
former Presiding Administrative Officer,
San Bernardino Administrator of the State Admiralty Maritime,
Military Tribunal VESSEL
247 West Third Street, San Bernardino, California [92415-0210]

CHERYL CAROLYN KERSEY in her official capacity as foreign agent,
California British Accreditation Registry Member No.: 149611
San Bernardino Administrator of the State Admiralty Maritime,
Military Tribunal VESSEL
351 North Arrowhead Avenue, San Bernardino, California 92415

MICHAEL JOSEPH GASSNER in his official capacity as foreign agent,
California British Accreditation Registry Member No.: 100766
San Bernardino Commission of the State Admiralty Maritime,
Military Tribunal VESSEL
351 North Arrowhead Avenue, San Bernardino, California 92415

CARLOS MANUEL CABRERA in his official capacity as foreign agent,
California British Accreditation Registry Member No.: 203253
San Bernardino Administrator of the State Admiralty Maritime,
Military Tribunal VESSEL
351 North Arrowhead Avenue, San Bernardino, California 92415

AUTHUR ALLEN HARRISON in his official capacity as foreign agent,
California British Accreditation Registry Member No.: 124387
San Bernardino Administrator of the State Admiralty Maritime,
Military Tribunal VESSEL
351 North Arrowhead Avenue, San Bernardino, California 92415

TERESA A BENNETT in her official capacity as foreign agent,
California British Accreditation Registry Member No.: 138144
San Bernardino Administrator of the State Admiralty
Maritime, Military Tribunal VESSEL
351 North Arrowhead Avenue, San Bernardino, California 92415

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 4

WILLIAM WILLIAMSON in his official capacity as foreign agent,
San Bernardino Child Support Operations Manager,
10417 Mountain View Avenue, California 92354

ALAN JERRT SKIDMORE in his official capacity as foreign agent,
California British Accreditation Registry Member No.: 191854
San Bernardino Child Support Attorney
10417 Mountain View Avenue, California 92354

ANNE SHING CHEN in her official capacity as foreign agent,
California British Accreditation Registry Member No.: 259671
San Bernardino Child Support Attorney
10417 Mountain View Avenue, California 92354

SUSAN M JONES in her official capacity as foreign agent,
California British Accreditation Registry Member No.: 162235
247 West 3rd Street, San Bernardino, California 92415

DINA ISSAM FARHAT AMANI in her official capacity as foreign agent,
California British Accreditation Registry Member No.: 189530
14455 Civic Drive, Victorville, California 92392
San Bernardino County Commissioner of the State of California
Admiralty Maritime, Military Tribunal VESSEL

## Within Admiralty **28 U.S. Code § 1350**

## <u>**JUDICIAL NOTICE OF VERIFIED COMPLAINT**</u>

### I.    Nature of the Action

Comes now, **Plaintiff** Asim Najee-Asmar Bey, whom, being Ab Original / Autochthonous to the Americas, is also known by Petitioner's Ab Original appellation Nadie Taa El, identifying with Plaintiff's **Lineage:** Ab Original to the Americas, *"Indians not taxed"*, **Pedigree:** Ab Original Autochthonous to the lands known as Turtle Island, Atlan, Amexem, Muu-Lan, Hexian, misnomer Americas and her islands; we the people, in accordance with United Nations Declaration of Rights for Indigenous People (UNDRIP) - Article 1. Scope, Article 2. Non-discrimination, Articles 3-5. Self-determination, Article 6. Nationality, Articles 7-10. Self-determination, Articles 11-13. Culture and language, Articles 18-19. Consultation and participatory decision-making, Articles 20-24.

Economic and social rights, and vulnerable populations, Articles 25-28. Lands, territories, and resources, Articles 29-31. Environmental health, Articles 33-35. Self-governance,  Articles 36-37. Treaties and international relations, Articles 38-42. Implementation, Articles 43-46. Interpretation, the International Covenant Convention, Office of Management and Budget (OMB) Standard Form-181 (confirmed facsimile delivery) [March 27, 2018] to OMB, *see first link below*; OMB Standard Form-181 USPS Registered Mail No.: **RE 354 455 856 US** (confirmed signature delivery) [April 5, 2018] to Social Security Administration Office of Public Inquiries, *See*

*https://www.scribd.com/document/764275729/OMB-Standard-Form-181-ASIM-NAJEE-ASMAR-BEY* ; Statutory Declaration (confirmed delivery) [April 6, 2018] by USPS registered mail no.: **RF 184 706 186 US** to former California State Governor Edmund Jerry Brown, voiding the fraudulent contract on Vital Statistics Registration Number 1051978037770, voiding all fraudulent contracts on Vital Statistics Registration Numbers attached to Plaintiff and all his children, *See* https://www.scribd.com/document/761669300/Statutory-Declaration-in-accord-with-U-N-Declaration-on-the-Rights-of-Indigenous-Peoples ; [January 7, 2019], California State Governor Gavin Newsom received Statutory Declaration confirmed signature delivery by USPS registered mail no.: **RE 227 317 322** notifying the Governor that his predecessor had received USPS registered mail no.: **RF 184 706 186 US** declaring, while simultaneously confirming the standing/status of Plaintiff and all his children as non-citizens of the USA ET AL,

*See https://www.scribd.com/document/761671106/Statutory-Declaration-in-accord-with-U-N-Declaration-on-the-Rights-of-Indigenous-Peoples* ; Apostille Statutory Claim in accord with IRS manual 21.7.13.3.2.2(2) / 1707 Cestui Que Vie Act, tendered to former Manager of the religious corporation U.S.A., [Queen] Elizabeth, and under control of the Vatican, confirmed signature delivery, time-stamped and dated by "The Queen Elizabeth" [July 22, 2020], confirmed signature delivery by USPS international registered mail no.: **RH002269563US** *See*

*https://www.scribd.com/document/761672792/Appostille-Statutory-Claim-Confirmed-Signature-Delivery-To-Former-Queen-ELIZABETH-ALEXANDRA-MARY-WINDSOR-MOUNTBATTEN-BATTENBERG-SAXE-COBURG* ; and **2020 Census** for ASIM NAJEE-ASMAR BEY©™ whose race and Ethnicity is: American Indian/Ab Original (Moor-Pamunkey/Moor-Cherokee Descent), White (A person having origins in any of the Original Peoples of Europe the Middle East or North Africa as defined by the US Department of Education on race ethnicity definitions in compliance with OMB Directive 15, *See https://www.scribd.com/document/764277150/2020-Census* . [Please note: ab originals autochthonous to the Americas is not to be misconstrued with Native-American; Native-American pedigree is of Siberian/Asia origins.]

Petitioner bringing this claim to resolve private judgement established, commercial dishonor, unconscionability, kidnapping, piracy, hostage taking, fraud in the inducement, breach of fiduciary duties, breach of trust agreement, honest services fraud, harassment, theft of property, and violations of Antitrust Laws - Sherman Act, Clayton Act, and much more.

Notice is hereby given on January 9th, 2025, take judicial notice that the ancient Talmudic maximum of law as a spot in the laws of the Talmud, special notices demanded of the following:

"It matters not what is known to him the judge if it is not known to him judicially."

Pope Francis' call for world youth to rise up against capitalism see: http://www.ecowatch.com/pope-francis-tells-world-to-rise-up-against-global-capitalism-1882066829.html & Illinois Attorney General Lisa Madigan's statement that "US Human Rights Obligations Apply at All Levels of Government," from 2:10 – 2:40 on http://webtv.un.org/watch/usa-review-22ndsession-of-universal-periodic-review/4229106421001 at the 22nd Universal Periodic Review for the U.S.A. on May 11, 2015, https://www.ohchr.org/Documents/Issues/IPeoples/UNDRIPManualForNHRIs.pdf (UNDRIP),

and Press Secretary Jen Psaki's statement that "As the President has told President Xi, standing up for human rights is in the DNA of Americans. We have a fundamental commitment to promoting human rights. And we feel strongly in our position, and we will continue to take actions to advance human rights in China and **beyond**.", at James S. Brady Press Briefing Room, at 1:15 P.M. EST, Press Briefing by Press Secretary Jen Psaki, on [December 6, 2021]. See (Ref. https://www.whitehouse.gov/briefing-room/press-briefings/2021/12/06/press-briefing-by-press-secretary-jen-psaki-december-6-2021/ ; CERD- Convention for the Elimination of Racial Discrimination (Committee) http://www.ohchr.org/EN/HRBodies/CERD/Pages/CERDIndex.aspx ; ICERD- International Convention on the Elimination of Racial Discrimination.

PLAINTIFF is bringing this Alien Tort Statute claim to resolve issues related to PLAINTIFF'S status and where PLAINTIFF makes claim for environmental racism, forced identity, official oppression, kidnapping, hostage taking, and denial of human rights, offenses which are in violation of international human rights laws. PLAINTIFF receives post at, In Care Of General Post Office Box 1173 Riverside [Non-domestic], California, near [92502], and can be contacted at (951) 205 9967, email, asimnajeebey@gmail.com.

PLAINTIFF is being denied rights given by the Creator, blocked and obstructed from liberty, justice and property. According to Title 18 USC sec 1091( Genocide) this is a deliberate attempt to enslave an Autochthon /Ab Original [Indigenous] living soul. The court has been made aware of this and is required under Title 42 USC sec 1986 to stop the wrongs and investigate as such. State of California, County of San Bernardino Superior Court Case No.: FAMRS1002314 / FAMSS1103207 confirms the court are accessories after the fact, the court admits to: R.I.C.O., Piracy, Kidnapping, Hostage Taking, Conversion of Property, Peonage, Genocide, Human Trafficking… ( United Nations Convention against Transnational Organized Crime: https://www.unodc.org/unodc/en/organized-

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 8

crime/intro/UNTOC.html ) UN Convention on Genocide, violating UN Human Rights, and UN Indigenous Rights.

**A judge is not the court.** *People v. Zajic, 88 Ill.App.3d 477, 410 N.E. 2d 626 (1980).*

The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it*." Cooper v. Aaron, 358 . U. S 1, 78 S.Ct. 1401 (1958)*

Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and **engages and violation of the Supreme Law of the Land.  The judge enacted acts of treason.**  Having taken at least two, if not three oaths of office to support the Constitution of the United states, and  the Constitution of the State of California, any judge who has acted in violation of the Constitution is engaged in an act or acts of treason.  IF A JUDGE DOES NOT FULLY COMPLY WITH THE CONSTITUTION, THEN HIS ORDERS ARE VOID. In re *Sawyer, 124 U. S. 200 (1888)*, **he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.**

## PARTIES

## PLAINTIFF / PETITIONER

1. In Re: Asim Najee Asmar Bey, a.k.a. Nadie Taa El, Sui Juris, Jus Imperii, In Propria Persona: Ex Relatione, ASIM NAJEE ASMAR BEY, ESTATE, Office of the Executor, Employer ID No.: 565533821, In Care of General Post Office Box 1173, Riverside [Non-domestic], California, near [92501].

## DEFENDANTS

2. STATE OF CALIFORNIA DUNS NO.: 071549000, COUNTY OF SAN BERNARDINO DUNS NO.: 028146178, COUNTY OF RIVERSIDE DUNS NO.: 072514789, Gavin Christopher Newsom, Alejandro Padilla, Xavier Becerra, Robert Andres Bonta, Shirley N. Weber, Marie Girulat, Tara Reilly, Deborah Ann Daniel, Michael John Torchia, Jessica Morgan Sparks-Tankersley, Amy N Ladine, Cheryl Charlotte Murphy, Donald Robert Alvarez, Christian J.J. Towns,

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 9

Scott Edward Seeley, Anabel Z. Romero, Marie Therse Girulat, Nancy CS Eberhardt, Karen

Dallatorre, Keith David Davis, Kimberly Hotchkiss-Hernandez, Khymberli Sika Yawo Apaloo,

Michelle H Gilleece, James Justin Hosking, James Steven Singley, Michael Alan Sachs, Cheryl

Carolyn Kersey, Michael Joseph Gassner, Carlos Manuel Cabrera, Authur Allen Harrison, Teresa A

Bennett, William Williamson, Alan Jerret Skidmore, Anne Shing Chen, Susan M Jones, Dina Issam

Farhat Amani, agents/employees of the STATE OF CALIFORNIA DUNS NO.: 071549000 STATE

CAPITOL, Sacramento, California 95814 / 1300 I Street, Sacramento, California 95814,

(collectively, with its subsidiaries and parent, STATE OF CALIFORNIA, "CALIFORNIA" or

"Defendant"), is a corporation with its principal place of business in the Republic of California,

STATE CAPITOL, Sacramento, California 95814 / 1300 I Street, Sacramento, California 95814.

STATE OF CALIFORNIA is a Corporation.

## JURISDICTION

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, § 1333 & § 1350.

4. At all relevant times, Defendant has transacted business in the state of California,

including but not limited to business in the County of Riverside, California.

## DIVISIONAL ASSIGNMENT / VENU

5. Venue is also proper in this Court because violations of law that occurred in the County of

Riverside are a "part of the cause" upon which Plaintiff seeks the relief imposed by statutes.

## MEMORANDUM OF JURIDICTION AND LAW

6. General Admiralty Rule (GAR) 28. Persons Before Whom Depositions May Be Taken,

also known as Rule 28 of the Federal Rules of Civil Procedure.

7. Judges hold public office under Title 28 USC, Chapter 176, Federal Debt Collection Procedure Section §3002.

8. Title 28 USC CHAPTER 176 – FEDERAL DEBT COLLECTION PROCEDURE. The Federal Debt Collection Procedure places all courts under equity and commerce and under the **International Monetary Fund**.

9. Article IX, § 3 of the Articles of Agreement of the International Monetary Fund, which has been given full force and effect in the United States by the Bretton Woods Agreements Act, 22 U.S.C. § 286h et seq.

10. The International Monetary Fund comes under the Uniform Commercial Code (California Commercial Code) under banking and business interest and **Trust laws**.

11. The Fair Debt Collection Practices Act, Pub. L. 95-109; 91 Stat. 874, codified as **15 U.S.C. § 1692k(d):** (d) Jurisdiction An action to enforce any liability created by this subchapter may be brought in any appropriate United States district court without regard to the amount in controversy, or in any other court of competent jurisdiction.

12. **Article 1, Section 10, the U.S. Constitution** gives people the unlimited right to contract as long as they do not infringe on the life, liberty, or property of someone else. Contracts are enforceable, and the Constitution gives two jurisdictions where contracts can be enforced, **Equity and Admiralty.**

13. 1 Benedict (6th Edition) § 17, p. 28: "**As no other than a court of admiralty can enforce maritime liens**, no other court can displace, discharge or subordinate them. Neither the State courts nor the United States courts on their common law, equity and bankruptcy sides can divest,

transfer to proceeds or adjudicate the maritime liens unless the maritime lienors voluntarily submit themselves to the jurisdiction.

14. "The Federal District courts are the accustomed forum in which actions in admirable are tried and in the absence of some special reason therefore no effect should be made to divert this type of litigation to judges less experience in the filed" Calmar S.S. Corp. V. United States, 345, US 446, 97 L.Ed 1140, 73 S.Ct. 733.

### SUI JURIS –"IN ONE'S OWN RIGHT" / JUS IMPERII – "BY RIGHT OF SOVEREIGNTY"

15. If the "Court" changes a man's status in his paperwork from Sui Juris to Pro Se, that's also a high crime. They have no place or purpose to demand a living man do his paperwork in any way required by Pros Se status as described in Section 32 in the Judiciary Act of 1789.

SEC . 32. And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

## THE LAW OF NATIONS OR PRINCIPLES OF THE LAW OF NATURE APPLIED TO THE CONDUCT AND AFFAIRS OF NATIONS AND SOVEREIGNS:

16. **Petitioner** Asim Najee-Asmar Bey is Mu'ur / Moor National, our Nation comes under National or International Law. The "Families of Nations" went by THE LAW OF NATIONS OR PRINCIPLES OF THE LAW OF NATURE APPLIED TO THE CONDUCT AND AFFAIRS OF NATIONS AND SOVEREIGNS FROM THE NEW EDITION, by Joseph Chitty, Esq. Barrister At Law WITH ADDITIONAL NOTES AND REFERENCES, By Edward D. Ingraham, Esq., which state, "The 'Law of Nations' is the private international law between sovereign individuals, families, tribes, courts, grand juries, townships, counties, states and nations." This has been well established under various international conventions for thousands of years. All the administrative rules and regulations, statutes and the Uniform Commercial Code (UCC), and constitutions of various countries are based ultimately on the organic "Law of Nations." The "Law of Nations" is the "Law of Sovereigns," derived from the principles of natural law. It is from the "Law of Nations" that constitutions are created and lawful de jure governments consummated. Any government that portends to hold power and wields authority without being answerable to these Laws are - de facto and unlawful governments ruling by occupation, usurpation and exploitation. De facto governments justify their existence by the rule of force and coercion instead of the rule of Law. It is important to KNOW that sovereignty DOES NOT stand on its own. It is derived from your NATIONALITY... being part of a nation; as it is a part of your substantive rights, and is distinguishable i.e., unalienable (inalienable) rights, civil rights, and political rights.

## MEMORANDUM OF CIVIL CAUSES OF ADMIRALTY AND MARITIME JURISDICTION

17. The District Court of the United States is the proper venue and has jurisdiction to enforce maritime liens, no other court can displace, discharge or subordinate them. This is a proceeding in **ADMIRALTY.**

18. "In this country, revenue causes under General Admiralty Rule 28, also known as Federal Rule of Civil Procedure 28 had so long been the subject of admiralty cognizance, that congress considered them as **CIVIL CAUSES OF ADMIRALTY AND MARITIME JURISDICTION,** and to preclude any doubt that might arise, carefully added the clause, "including," etc. This is clear proof that congress considered these words to be used in the sense they bore in this country and not in that which they had in England. The Act gives exclusive admiralty and maritime jurisdiction to the **district court.** As a court of the **Law of Nations**, . . ." **THE HUNTRESS,** 12 Fed. Case 984 @ 992 & 989, (Case No. 6,914)(D.Me. 1840)

19. As further evidence that the action before the court is in fact an Admiralty action we find in **United States of America v. $3,976.62 In currency, One 1960 Ford Station Wagon Serial No. Oc66W145329**, "Although, presumably for purposes of obtaining jurisdiction, action for forfeiture under Internal Revenue Laws is commenced as **Proceeding in Admiralty**, after jurisdiction is obtained proceeding takes on character of civil action at law, and at least at such stage of proceedings, Rules of Civil Procedure control."

20. The Petitioners refer the court to 1 Benedict [6th Edition] §17, p. 28: which reads in pertinent part: "As no **other than a court of admiralty** can enforce maritime liens, no other court can displace, discharge or subordinate them. Neither the State courts nor the United States courts on their common law, equity and bankruptcy sides can divest, transfer to proceeds or adjudicate the

maritime liens **unless the maritime lienor voluntarily submit themselves to the jurisdiction**. Emphasis added.

21. Pursuant to 28 USC § 2463 :All property taken or detained **under any revenue law** of the United States . . . shall be deemed in the custody of the law and subject to the orders and decrees of the **courts of the United States having jurisdiction thereof**." Emphasis added.

22. As a further indication that the issue before the court is a matter of admiralty, Petitioners refer the court again to **"Benedict's Admiralty,: 7th Ed., Col., 2 Chapter IV § 51 footnote 7**. ". . . [I]t is now generally held that government tax claims under upon all property and rights of property whether real or personal **rank below all other maritime liens . . ."**

23. "A cardinal principle, in which the practice of admiralty courts differs from that of courts of common law, permits the parties to a suit to prosecute and defend upon their rights as such rights exist at the institution of the action; the assignment of a right of action being deemed to vest in the assignee all the privileges and remedies possessed by the assignor. According to the rule of common law, **the injured party alone is permitted to sue for a trespass, the damages being deemed not legally assignable;** and if there be an equitable claimant, he may sue only in the name of the injured party. **In admiralty, however, the common practice is to have the suit conducted in the names of the real parties IN INTEREST**."

24. Parties subject to admiralty may not contract out of admiralty jurisdiction, and states may not infringe on admiralty jurisdiction either judicially or legislatively. Since admiralty courts, however, are courts of limited jurisdiction (which does not extend to non-maritime matters), 28 USC § 1333(1), the "Savings to Suitors Clause," does provide for concurrent state jurisdiction so that non-admiralty remedies will not be foreclosed.

## CORPORATE DISCLOSURE STATEMENT

25. Plaintiff is the Creditor in this instance, and is the Living Ab Original Man Asim Najee-Asmar Bey, also known as Nadie Taa El, pursuant to Statutory Declaration & Statutory Claim on record with the OMB and IRS. U.C.C. 1 Financing Statement File No.: 197730669008, File Date: [08/30/2019], Lapse Date: [08/30/2024]; DEBTOR: ASIM NAJEE-ASMAR BEY©™, SECURED PARTY: Nadie Taa El with collateral statement holding Hold Harmless and Indemnity Agreement, stipulated by Security Agreement No.: 260919732019, Public Notice/Affidavit of Fact, Common Law Copywright and Power of Attorney, is also on record with the California Secretary of State. Additionally recorded with the State of California, County of Riverside, is U.C.C. 1 Financing Statement File No.: 2024-0250529, File Date: [08/21/2024], Lapse Date: [08/21/2029]; DEBTOR: ASIM NAJEE-ASMAR BEY©™, SECURED PARTY(S): Asim Najee-Asmar Bey, and Nadie Taa El, with collateral statement holding Hold Harmless and Indemnity Agreement, stipulated by Security Agreement No,: 260919732019, Public Notice/Affidavit of Fact, Common Law Copywright and Power of Attorney, *See **EXHIBIT B &*** https://www.scribd.com/document/761675005/2024-UCC-1-SECURED-PARTY-Asim-Najee-Asmar-Bey-DEBTOR-ASIM-NAJEE-ASMAR-BEY . No other party holds 10% stock or more in the corporate fiction ASIM NAJEE-ASMAR BEY©™. Asim Najee-Asmar Bey, also-known-as (aka) Nadie Taa El the living man and beneficiary of birth certificate attached to social security number 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.

I, Nadie Taa El am the Living Ab Original Man, whom is owner of the Fictitious Business Name (FBN) ASIM NAJEE-ASMAR BEY©™ registered with the State of California, County of Riverside, File Number: R-202310140, File Date: [07/05/2023], Lapse Date: [07/05/2028]; and ASSUMED NAME: ASIM NAJEE-ASMAR BEY registered with Minnesota Secretary of State, File Number: 1419435400027, File Date: [10/13/2023] recorded with Statutory Declaration for

NAMEHOLDER/S: Nadie Taa El, :asim- najee asmar: bey., statutory agent, Asim N bey, Asim Najee-Asmar Bey, A N Bey, ASIM NAJEE-ASMAR Bey, Bey asim n, and/or Bey Asim N.

### STATEMENT OF CASE / UNDISPUTED FACTS/POINTS & AUTHORITIES

26. **[June 6, 2018]**, James J. Hosking made orders concerning Plaintiff's children without him being notified prior, Plaintiff was not present at the hearing, and was given no prior notification of a hearing whatsoever. Ex Parte hearing filed by Natalie People's attorney Cheryl Charlotte Murphy whom in NOW Riverside County Administrator of the State Admiralty Maritime, Military Tribunal VESSEL.

27. **[June 11th, 2018]** Judge Khymberli S. Apaloo granted orders in favor of petitioner Jessica Howell without the presence of Plaintiff.

Petitioner Jessica Howell and her attorney Torrence Howell did not notify Plaintiff of the court hearing date. "Fraud upon the Court." The orders made June 11th, 2018 are fraudulent and void *ab initio.*

28. **[June 15th, 2018]** Avory Howell, now known as Dasan Koi El, and Alexandria-Jhai Howell, now known as Nayeli Aziza El, both Indigenous / Autochthonous children were kidnapped by the Riverside policy enforcers. Officer S. MERCADO #1851 informed me that the orders signed by Judge Khymberli S. Apaloo gave him authority to take my children into his custody without my permission, and or arrest me if I attempt to resist his authority. ***See*** https://www.scribd.com/document/812526648/Case-P18-110933-FAMSS1103207-Avory-Alexandria-Jhai .

29. Prior to Plaintiff's children's kidnapping [June 15th, 2018], Judge Khymberli S. Apaloo was given knowledge of our Nationality and Ab Original [Indigenous] Standing, SF-181 race and ethnicity form faxed to the SSA and OMB, registered mailed to Office of Management and

Budget, identifying Plaintiff' and his children as Moor-Pawmunkey Nationals, Ab Original [Indigenous], White, and American Indian; documents/instruments registered mailed to California Governor Edmund G. Brown along with Statutory Declarations, proof of publication, publication dates, web links for public viewing. Judge Apaloo was also notified via registered mail, confirmed delivery, signed for June 6th, 2018 and published on Calameo, Facebook, Linked and sent to various email addresses.

30. **[June 19th, 2018],** Eligh Asim Peoples-Howell, now known as Sakima Sol El, and Aaron Daniel Peoples-Howell, now known as Hania Etu El, were kidnapped by Riverside policy/code enforcers. *See* https://www.scribd.com/document/812526180/Case-P18113582-FAMRS1002314-Eligh-Aaron .

**The Officer charged with belief of authority informed Plaintiff the orders signed by Judge James J. Hosking gave him the authority to take Plaintiff's children, and or arrest Plaintiff if he shall oppose Officers authority.**

The officers eventually forced their way into Plaintiff's home kidnapped his children and took them hostage. Initial Report File No. P18113582, RIVERSIDE CALIFORNIA POLICE DEPARTMENT.

31. **[June 20, 2018],** Plaintiff filed an ex parte hearing with established facts to the emergency (kidnapping) to no avail.

32. **[June 21, 2018],** James J. Hosking received registered mail, notarized documents from Plaintiff informing him of Plaintiff and Plaintiff's children's Ab Original status and Nationality as Moor-Pawmunkey descent, NOT UNITED STATESINC. property.

33. **[June 21, 2018]** James J. Hosking never called the ex parte hearing, Hosking denied the requested orders while instructing the bailiff never to allow Plaintiff into the courtroom.

34. [**August 2, 2018**] Judge James J. Hosking signed fraudulent orders granted the following "Findings and Order After Hearing."

Custody Visitation Ordered as follows:

The Court finds it has jurisdiction to make orders regarding the child custody under the Uniform Child Custody Jurisdiction and Enforcement Act.

Sole physical and legal custody of the minor children shall be awarded to Natalie J Peoples.

No visitation is ordered for Plaintiff/Father until order of court.

The "Court" orders Petitioner/Father to bear the cost of a psychological evaluation and provide the evaluation results to Counsel and file under seal to the Court. The "Court" will consider modifying custody/visitation results pending the results of the psychological evaluation. All of Plaintiff's children have been held hostage WITH ABSOLUTELY NO CONTACT since June of 2018, while the STATE OF CALIFORNIA and conspiring agencies and agents have NEVER stopped and continue extort the ASIM NAJEE ASMAR BEY, ESTATE, and continue to subject Plaintiff to a life of peonage.


## DEFENDANT 1

35. DEFENDANT, STATE OF CALIFORNIA DUNS NO.: 071549000 is an agency of UNITED STATES INC., which is the administrative corporation for the Pontiff of Rome; the UNITED STATES corporation called Columbia or "District of Columbia:, which administers Vatican capitol for military purposes. The UNITED STATES also administers the 50-sub-coporate STATES of THE UNITED STATES OF AMERICA INC., identified with two capital letters: CA, AZ, NY, etc, - Company number: 13943579.

- Since a corporation is a fictitious "person" (it cannot speak, see, touch, smell, etc.), it cannot, by itself, function in the real world. It needs a conduit, a transmitting utility, a liaison of some sort, to "connect" the fictional person, & fictional world in which it exists, to the real world.

- A corporation is an artificial being, invisible, intangible, and existing only in contemplation of law.... [I]t possesses only those properties which the charter of its creation confers upon it." Trustees of Dartmouth College v. Woodward, 17 U.S. (4 Wheat) 518, 636 (1819) (Marshall, J.). (Black's Law Dictionary 9th Ed.)

**Maxim: Maxim of Law 4b.** He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

### DEFENDANT 2

36. DEFENDANT, SAN BERNARDINO COUNTY DUNS NO.: 028146178 is an agency of STATE OF CALIFORNIA, which is an agency of the UNITED STATES, which is the administrative corporation for the Pontiff of Rome; the UNITED STATES corporation called Columbia or "District of Columbia:, which administers Vatican capitol for military purposes. The UNITED STATES also administers the 50-sub-coporate STATES of THE UNITED STATES OF AMERICA INC., identified with two capital letters: CA, AZ, NY, etc, - Company number: 13943579.

- Since a corporation is a fictitious "person" (it cannot speak, see, touch, smell, etc.), it cannot, by itself, function in the real world. It needs a conduit, a transmitting utility, a liaison of some sort, to "connect" the fictional person, & fictional world in which it exists, to the real world.

- A corporation is an artificial being, invisible, intangible, and existing only in contemplation of law.... [I]t possesses only those properties which the charter of its creation confers upon it." Trustees of Dartmouth College v. Woodward, 17 U.S. (4 Wheat) 518, 636 (1819) (Marshall, J.). (Black's Law Dictionary 9th Ed.)

**Maxim: Maxim of Law 4b.** He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

### DEFENDANT 3

37. DEFENDANT, COUNTY OF RIVERSIDE DUNS NO.: 072514789 is an agency of STATE OF CALIFORNIA, which is an agency of the UNITED STATES, which is the administrative corporation for the Pontiff of Rome; the UNITED STATES corporation called Columbia or "District of Columbia:, which administers Vatican capitol for military purposes. The UNITED STATES also administers the 50-sub-coporate STATES of THE UNITED STATES OF AMERICA INC., identified with two capital letters: CA, AZ, NY, etc, - Company number: 13943579.

- Since a corporation is a fictitious "person" (it cannot speak, see, touch, smell, etc.), it cannot, by itself, function in the real world. It needs a conduit, a transmitting utility, a liaison of some sort, to "connect" the fictional person, & fictional world in which it exists, to the real world.

- A corporation is an artificial being, invisible, intangible, and existing only in contemplation of law.... [I]t possesses only those properties which the charter of its creation confers upon it." Trustees of Dartmouth College v. Woodward, 17 U.S. (4 Wheat) 518, 636 (1819) (Marshall, J.). (Black's Law Dictionary 9th Ed.)

**Maxim: Maxim of Law 4b.** He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

### DEFENDANT 4

38. DEFENDANT, Gavin Christopher Newsome is the Chief Executive Officer (CEO) and Commander-In-Chief, he is the conduit, transmitting utility, and liaison of the corporation STATE OF CALIFORNIA.. His duties include:

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 21

- In the <u>UNITED STATES</u>, a **governor** serves as the chief executive officer and <u>commander-in-chief</u> in each of the fifty <u>states</u> and in the five permanently inhabited <u>territories</u>, functioning as <u>head of state</u> and <u>head of corporate government</u> therein. While like all officials in the UNITED STATES, checks and balances are placed on the office of the governor, significant powers may include ceremonial head of state (representing the state), executive (overseeing the state's government), legislative (proposing, and signing or vetoing laws), judicial (granting state law pardons or commutations), and military (overseeing the militia and organized armed forces of the state). As such, governors are responsible for implementing state laws and overseeing the operation of the state <u>executive branch</u>. As state leaders, governors advance and pursue new and revised policies and programs using a variety of tools, among them <u>executive orders</u>, executive budgets, and legislative proposals and vetoes. Governors carry out their management and leadership responsibilities and objectives with the support and assistance of department and agency heads, many of whom they are empowered to appoint. A majority of governors have the authority to appoint state court judges as well, in most cases from a list of names submitted by a nominations committee

39. DEFENDANT Gavin Christopher Newsome's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by

another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

### DEFENDANT 5

40. DEFENDANT Alejandro Padilla, former Attorney General, is the conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, as the former Attorney General he was the state's top lawyer and law enforcement official, protecting and serving the people and interests of California through a broad range of duties. The Attorney General's responsibilities include safeguarding Californians from harm and promoting community safety, preserving California's spectacular natural resources, enforcing civil rights laws, and helping victims of identity theft, mortgage-related fraud, illegal business practices, and other consumer crimes.

Overseeing more than 5,600 lawyers, investigators, sworn peace officers, and other employees, the Attorney General:

- Represents the People of California in civil and criminal matters before trial courts, appellate courts and the supreme courts of California and the United States.
- Serves as legal counsel to state officers and, with few exceptions, to state agencies, boards and commissions.
- Assists district attorneys, local law enforcement and federal and international criminal justice agencies in the administration of justice.
- Strengthens California's law enforcement community by coordinating statewide narcotics enforcement efforts, supporting criminal investigations and providing forensic science services, identification and information services and telecommunication support.
- Manages programs and special projects to detect and crack down on fraudulent, unfair and illegal activities that victimize consumers or threaten public safety.

41. DEFENDANT Robert Andres Bonta's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive

business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## DEFENDANT 6

42. DEFENDANT Xavier Becerra, former Attorney General, is the conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, as the former Attorney General he was the state's top lawyer and law enforcement official, protecting and serving the people and interests of California through a broad range of duties. The Attorney General's responsibilities include safeguarding Californians from harm and promoting community safety, preserving California's spectacular natural resources, enforcing civil rights laws, and helping victims of identity theft, mortgage-related fraud, illegal business practices, and other consumer crimes. Overseeing more than 5,600 lawyers, investigators, sworn peace officers, and other employees, the Attorney General:

- Represents the People of California in civil and criminal matters before trial courts, appellate courts and the supreme courts of California and the United States.
- Serves as legal counsel to state officers and, with few exceptions, to state agencies, boards and commissions.
- Assists district attorneys, local law enforcement and federal and international criminal justice agencies in the administration of justice.
- Strengthens California's law enforcement community by coordinating statewide narcotics enforcement efforts, supporting criminal investigations and providing forensic science services, identification and information services and telecommunication support.

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 24

- Manages programs and special projects to detect and crack down on fraudulent, unfair and illegal activities that victimize consumers or threaten public safety.

43. DEFENDANT Xavier Becerra's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## DEFENDANT 7

44. DEFENDANT Robert Andres Bonta, Attorney General, is the conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, as the Attorney General is the state's top lawyer and law enforcement official, protecting and serving the people and interests of California through a broad range of duties. The Attorney General's responsibilities include safeguarding Californians from harm and promoting community safety, preserving California's spectacular natural resources, enforcing civil rights laws, and helping victims of identity theft, mortgage-related fraud, illegal business practices, and other consumer crimes. Overseeing more than 5,600 lawyers, investigators, sworn peace officers, and other employees, the Attorney General:

- Represents the People of California in civil and criminal matters before trial courts, appellate courts and the supreme courts of California and the United States.
- Serves as legal counsel to state officers and, with few exceptions, to state agencies, boards and commissions.

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 25

- Assists district attorneys, local law enforcement and federal and international criminal justice agencies in the administration of justice.
- Strengthens California's law enforcement community by coordinating statewide narcotics enforcement efforts, supporting criminal investigations and providing forensic science services, identification and information services and telecommunication support.
- Manages programs and special projects to detect and crack down on fraudulent, unfair and illegal activities that victimize consumers or threaten public safety.

45. DEFENDANT Robert Andres Bonta's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

**DEFENDANT 8**

46. DEFENDANT Shirley N. Weber is the California Secretary of State, she is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, as the S.O.S. Shirley N. Weber 's responsibilities included:

- the Secretary of State has a number of responsibilities related to corporations; the largest portion office is the Business Programs Division, which handles corporate filings. The Business Entities Section processes, files and maintains records related to corporations, limited liability companies, partnerships and other business entities conducting or planning to conduct business in California.

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 26

47. DEFENDANT Shirley N. Weber's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## DEFENDANT 9

48. DEFENDANT Marie Therse Girulat was the former STATE OF CALIFORNIA Director of Child Support Services, she is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, as the Director of Child Support Services her responsibilities included:

- Plans, organizes, assigns, directs, reviews and evaluates the activities of the Child Support Services Department

- Selects, supervises, trains, disciplines, and evaluates the performance of legal, investigative, and clerical employees, assuring adherence to County policy.

- Prepares and administers the department's annual budget, monitors revenues and expenditures

- Analyzes, interprets, formulates and develops policies and procedures for child/family support activities in conformance with federal, state, and local laws and regulations; reviews new case law and pending legislation; lobbies for legislation

- Directs the preparation of recurring financial, statistical and special reports required by federal and state authorities

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 27

- Supervises the performance of legal work in the enforcement of civil and criminal laws related to child and family support; advises staff on case management strategy and techniques; interprets policy and procedures to staff

- Attends and makes presentations at board, interagency, committee, and other meetings and conferences involving a wide variety of interests; speaks with the media and in public forums on criminal justice issues

- Prepares a variety of correspondence and reports

- Coordinates the department information system including system resource analysis, development, maintenance and operational efforts

- Supports activities of the Emergency Operations Center, which may include helping ensure requests for disaster service workers are fulfilled when calls for assistance arise, serving on the Emergency Operations Center as assigned, and providing other support as needed.

49. DEFENDANT Marie Therse Girulat's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

### DEFENDANT 10

50. DEFENDANT Tara Reilly was a former Title 28 Debt Collector, STATE OF CALIFORNIA San Bernardino County Administrator of the State Admiralty Maritime, Military Tribunal VESSEL,

she is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, she is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee her responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

51. DEFENDANT Tara Reilly's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a

thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the

principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

### DEFENDANT 11

52. DEFENDANT Deborah Ann Daniel was a former Title 28 Debt Collector, STATE OF

CALIFORNIA San Bernardino County former Commissioner of the State Admiralty Maritime,

Military Tribunal VESSEL, she is a conduit, transmitting utility, and liaison of STATE OF

CALIFORNIA, she is a foreign agent of a foreign STATE in public office of trust and honor, she is a

conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative

trustee her responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

53. DEFENDANT T Deborah Ann Daniel's non action related to Petitioner, aids in crimes

against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest

services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive

business practices, concealment of material evidence, honest services fraud, disseminating

misleading false statements and advertisements via public publications and economic fraud, making a

false statement relating to evidence or information obtained in the course of employment, and

knowingly publishing a slander or a libel in the course of business to enrich STATE OF

CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an

agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by

Charles A. Weisman.

### **DEFENDANT 12**

54. DEFENDANT Michael John Torchia was a former Title 28 Debt Collector, STATE OF

CALIFORNIA San Bernardino County former Commissioner of the State Admiralty Maritime,

Military Tribunal VESSEL, he is a conduit, transmitting utility, and liaison of STATE OF

CALIFORNIA, he is a foreign agent of a foreign STATE in public office of trust and honor, he is a

conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative

trustee his responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.
- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

55. DEFENDANT Michael John Torchia's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## DEFENDANT 13

56. DEFENDANT Jessica Morgan Sparks-Tankersley is State of California, Judicial Commissioner, she is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, as administrative trustee her responsibilities included:

- **Hearing testimony**: Judicial commissioners may hear sworn testimony to determine probable cause for issuing warrants and summonses.
- **Issuing orders**: Judicial commissioners may issue search warrants, criminal summonses, orders of protection, and temporary ex-parte orders.
- **Setting bail**: Judicial commissioners may set bail and conditions of release.
- **arraignments**: Judicial commissioners may conduct arraignment proceedings.

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 32

- **Presiding over court**: Judicial commissioners may preside over a daily court calendar, criminal and traffic arraignments, civil and small claims actions, and Juvenile Court proceedings.

- **Making rulings**: Judicial commissioners may make rulings, findings, judgments, and orders.

- **Interpreting laws**: Judicial commissioners may interpret, enforce, and carry out current laws.

- **Assisting the public**: Judicial commissioners may answer questions and direct citizens to appropriate agencies for assistance.

57. DEFENDANT Jessica Morgan Sparks-Tankersley's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## **DEFENDANT 14**

58. DEFENDANT Amy N Ladine is State of California, Judicial Commissioner, she is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, as administrative trustee her responsibilities included:

- **Hearing testimony**: Judicial commissioners may hear sworn testimony to determine probable cause for issuing warrants and summonses.

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 33

- **Issuing orders**: Judicial commissioners may issue search warrants, criminal summonses, orders of protection, and temporary ex-parte orders.

- **Setting bail**: Judicial commissioners may set bail and conditions of release.

- **arraignments**: Judicial commissioners may conduct arraignment proceedings.

- **Presiding over court**: Judicial commissioners may preside over a daily court calendar, criminal and traffic arraignments, civil and small claims actions, and Juvenile Court proceedings.

- **Making rulings**: Judicial commissioners may make rulings, findings, judgments, and orders.

- **Interpreting laws**: Judicial commissioners may interpret, enforce, and carry out current laws.

- **Assisting the public**: Judicial commissioners may answer questions and direct citizens to appropriate agencies for assistance.

59. DEFENDANT Amy N Ladine's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

### **DEFENDANT 15**

60. DEFENDANT Cheryl Charlotte Murphy is a Title 28 Debt Collector, STATE OF CALIFORNIA San Bernardino County Administrator of the State Admiralty Maritime, Military Tribunal VESSEL, she is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA,

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 34

he is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of COUNTY OF RIVERSIDE, as administrative trustee her responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

61. DEFENDANT Cheryl Charlotte Murphy's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself.

[i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## DEFENDANT 16

62. DEFENDANT Donald Robert Alvarez is a Title 28 Debt Collector, STATE OF CALIFORNIA San Bernardino County Administrator of the State Admiralty Maritime, Military Tribunal VESSEL, he is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, he is a foreign agent of a foreign STATE in public office of trust and honor, he is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee his responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

63. DEFENDANT Donald Robert Alvarez's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful,

and deceptive business practices, concealment of material evidence, honest services fraud,

disseminating misleading false statements and advertisements via public publications and economic

fraud, making a false statement relating to evidence or information obtained in the course of

employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE

OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of

an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by

Charles A. Weisman.

## DEFENDANT 17

64. DEFENDANT Christian J.J. Towns is a Title 28 Debt Collector, STATE OF CALIFORNIA

San Bernardino County Administrator of the State Admiralty Maritime, Military Tribunal VESSEL,

he is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, he is a foreign agent of

a foreign STATE in public office of trust and honor, he is a conduit, transmitting utility, and liaison of

COUNTY OF SAN BERNARDINO, as administrative trustee his responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 37

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

65. DEFENDANT Christian J.J. Towns's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## **DEFENDANT 18**

66. DEFENDANT Scott Edward Seeley is a Title 28 Debt Collector, STATE OF CALIFORNIA San Bernardino County Administrator of the State Admiralty Maritime, Military Tribunal VESSEL, he is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, he is a foreign agent of a foreign STATE in public office of trust and honor, he is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee his responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

67. DEFENDANT Scott Edward Seeley's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

### DEFENDANT 19

68. DEFENDANT Anabel Z. Romero is State of California, County of San Bernardino Court Executive Officer (CEO), she is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee his responsibilities included:

- Supervising all non-judicial court staff, including hiring, disciplining, and terminating employees, and developing and administering a personnel plan.

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 39

- **Budgeting:** Creating and managing the court's budget, allocating resources efficiently to ensure smooth operations.

- **Policy Implementation:** Developing, implementing, and enforcing court policies and procedures in accordance with judicial standards.

- **Case Flow Management:** Overseeing the flow of cases through the court system, ensuring timely processing and minimizing delays.

- **Court Operations:** Managing the day-to-day operations of the court, including facilities management, technology systems, and security.

- **Public Relations:** Representing the court to the public, media, community organizations, and other governmental agencies.

- **Judicial Support:** Assisting the judges by providing administrative support and coordinating court calendars.

- **Staff Training:** Developing and delivering training programs for court staff to ensure competency and compliance.

- **Compliance:** Ensuring the court adheres to all applicable laws, rules, and regulations.

69. DEFENDANT Anabel Z. Romero's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## **DEFENDANT 20**

70. DEFENDANT Nancy CS Eberhardt is State of California, County of San Bernardino Court Executive Officer (CEO), she is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, her primarily responsible is overseeing the non-judicial administrative functions of a court, including:

- Supervising all non-judicial court staff, including hiring, disciplining, and terminating employees, and developing and administering a personnel plan.

- **Budgeting:**
  Creating and managing the court's budget, allocating resources efficiently to ensure smooth operations.

- **Policy Implementation:**
  Developing, implementing, and enforcing court policies and procedures in accordance with judicial standards.

- **Case Flow Management:**
  Overseeing the flow of cases through the court system, ensuring timely processing and minimizing delays.

- **Court Operations:**
  Managing the day-to-day operations of the court, including facilities management, technology systems, and security.

- **Public Relations:**
  Representing the court to the public, media, community organizations, and other governmental agencies.

- **Judicial Support:**
  Assisting the judges by providing administrative support and coordinating court calendars.

- **Staff Training:**
  Developing and delivering training programs for court staff to ensure competency and compliance.

- **Compliance:**
  Ensuring the court adheres to all applicable laws, rules, and regulations.

71. DEFENDANT Nancy CS Eberhardt's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

### **DEFENDANT 21**

72. DEFENDANT Karen Dallatorre is State of California, County of San Bernardino Court Clerk, she is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee her responsibilities included:

her primarily responsible is overseeing the non-judicial administrative functions of a court, including:

- **Recording proceedings**: Court clerks record court proceedings, including attending court sessions and communicating with witnesses and juries
- **records**: Court clerks maintain case files, trial dockets, journals, and other records
- **Collecting fees**: Court clerks collect court fees, fines, costs, and other assessments
- **Issuing legal documents**: Court clerks issue legal warrants, subpoenas, summons, orders, and processes
- **Issuing licenses**: Court clerks issue marriage licenses and other county licenses

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 42

- **Maintaining evidence**: Court clerks maintain custody of physical evidence and exhibits
- **Preparing correspondence**: Court clerks prepare written correspondence
- **Examining documents**: Court clerks examine court documents to ensure accuracy
- **Maintaining court registry**: Court clerks maintain the court registry

73. DEFENDANT Karen Dallatorre's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## **DEFENDANT 22**

74. DEFENDANT Keith David Davis is State of California, County of San Bernardino Title 28 Debt Collector/Judge, he is a foreign agent of a foreign STATE in public office of trust and honor, he is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee his responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

75. DEFENDANT Keith David Davis's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## **DEFENDANT 23**

76. DEFENDANT Kimberly Hotchkiss-Hernandez is State of California, County of San Bernardino Court Clerk, she is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee her responsibilities included:

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 44

her primarily responsible is overseeing the non-judicial administrative functions of a court, including:

- **Recording proceedings**: Court clerks record court proceedings, including attending court sessions and communicating with witnesses and juries
- **records**: Court clerks maintain case files, trial dockets, journals, and other records
- **Collecting fees**: Court clerks collect court fees, fines, costs, and other assessments
- **Issuing legal documents**: Court clerks issue legal warrants, subpoenas, summons, orders, and processes
- **Issuing licenses**: Court clerks issue marriage licenses and other county licenses
- **Maintaining evidence**: Court clerks maintain custody of physical evidence and exhibits
- **Preparing correspondence**: Court clerks prepare written correspondence
- **Examining documents**: Court clerks examine court documents to ensure accuracy
- **Maintaining court registry**: Court clerks maintain the court registry

77. DEFENDANT Kimberly Hotchkiss-Hernandez's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## DEFENDANT 24

78. DEFENDANT Khymberli Sika Yawo Apaloo is State of California, County of San Bernardino Title 28 Debt Collector/Judge, he is a foreign agent of a foreign STATE in public office of trust and honor, he is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee his responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

79. DEFENDANT Khymberli Sika Yawo Apaloo's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 46

knowingly publishing a slander or a libel in the course of business to enrich STATE OF

CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an

agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by

Charles A. Weisman.

### DEFENDANT 25

80. DEFENDANT Michelle H Gilleece is State of California, County of San Bernardino Title 28

Debt Collector/Judge, she is a foreign agent of a foreign STATE in public office of trust and honor,

she is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as

administrative trustee her responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

81. DEFENDANT Michelle H Gilleece's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## **DEFENDANT 26**

82. DEFENDANT James Justin Hosking is State of California, County of San Bernardino Title 28 Debt Collector/Judge, he is a foreign agent of a foreign STATE in public office of trust and honor, he is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee his responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 48

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

83. DEFENDANT James Justin Hosking's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## DEFENDANT 27

84. DEFENDANT James Steven Singley is State of California, County of San Bernardino Title 28 Debt Collector/Judge, he is a foreign agent of a foreign STATE in public office of trust and honor, he is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee his responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

85. DEFENDANT James Steven Singley's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## **DEFENDANT 28**

86. DEFENDANT Michael Alan Sachs is State of California, County of San Bernardino Title 28 Debt Collector/Judge, he is a foreign agent of a foreign STATE in public office of trust and honor,

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 50

he is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee his responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

87. DEFENDANT Michael Alan Sachs's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself.

## DEFENDANT 29

88. DEFENDANT Cheryl Carolyn Kersey is State of California, County of San Bernardino Title 28 Debt Collector/Judge, she is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison COUNTY OF SAN BERNARDINO, as administrative trustee her responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

89. DEFENDANT Cheryl Carolyn Kersey's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 52

knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## **DEFENDANT 30**

90. DEFENDANT Michael Joseph Gassner was a former Title 28 Debt Collector, STATE OF CALIFORNIA San Bernardino County former Commissioner of the State Admiralty Maritime, Military Tribunal VESSEL, he is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, he is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee his responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

91. DEFENDANT Michael Joseph Gassner I's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

### **DEFENDANT 31**

92. DEFENDANT Carlos Manuel Cabrera was a former Title 28 Debt Collector, STATE OF CALIFORNIA San Bernardino County former Commissioner of the State Admiralty Maritime, Military Tribunal VESSEL, he is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, he is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee his responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

93. DEFENDANT Carlos Manuel Cabrera's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

**DEFENDANT 32**

94. DEFENDANT Authur Allen Harrison was a former Title 28 Debt Collector, STATE OF CALIFORNIA San Bernardino County former Commissioner of the State Admiralty Maritime, Military Tribunal VESSEL, he is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, he is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee his responsibilities included:

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 55

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

95. DEFENDANT Authur Allen Harrison's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich C STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## DEFENDANT 33

96. DEFENDANT Teresa A Bennett was a former Title 28 Debt Collector, STATE OF
CALIFORNIA San Bernardino County former Commissioner of the State Admiralty Maritime,
Military Tribunal VESSEL, she is a conduit, transmitting utility, and liaison of STATE OF
CALIFORNIA, she is a foreign agent of a foreign STATE in public office of trust and honor, she is a
conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative
trustee her responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and
  ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs,
  motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make
  decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding
  cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or
  innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine
  sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal
  precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the
  state constitution

97. DEFENDANT Teresa A Bennett's non action related to Petitioner, aids in crimes against
Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services
fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business
practices, concealment of material evidence, honest services fraud, disseminating misleading false
statements and advertisements via public publications and economic fraud, making a false statement

relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## DEFENDANT 34

98. DEFENDANT William Williamson he is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, he is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee his responsibilities included:

- **Staff Supervision: Leading and supervising a team of child support caseworkers, assigning cases, reviewing performance, and providing training.**
- **Case Management Oversight: Monitoring the progress of child support cases, identifying potential issues, and ensuring timely case resolution.**
- **Policy Implementation: Enforcing child support laws and regulations, interpreting policies, and making adjustments as needed.**
- **Financial Management: Overseeing the collection and distribution of child support payments, managing accounts receivable, and identifying potential discrepancies.**

99. DEFENDANT William Williamson's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a

false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

**DEFENDANT 35**

100. DEFENDANT Alan Jerret Skidmore he is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, he is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee his responsibilities included:

- **Staff Supervision: Leading and supervising a team of child support caseworkers, assigning cases, reviewing performance, and providing training.**
- **Case Management Oversight: Monitoring the progress of child support cases, identifying potential issues, and ensuring timely case resolution.**
- **Policy Implementation: Enforcing child support laws and regulations, interpreting policies, and making adjustments as needed.**
- **Financial Management: Overseeing the collection and distribution of child support payments, managing accounts receivable, and identifying potential discrepancies.**

101. DEFENDANT Alan Jerret Skidmore's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating

misleading false statements and advertisements via public publications and economic fraud, making a

false statement relating to evidence or information obtained in the course of employment, and

knowingly publishing a slander or a libel in the course of business to enrich STATE OF

CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an

agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by

Charles A. Weisman.

### DEFENDANT 36

102. DEFENDANT Anne Shing Chen she is a conduit, transmitting utility, and liaison of STATE

OF CALIFORNIA, she is a foreign agent of a foreign STATE in public office of trust and honor, she

is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as

administrative trustee her responsibilities included:

- **Staff Supervision: Leading and supervising a team of child support caseworkers,**
  **assigning cases, reviewing performance, and providing training.**
- **Case Management Oversight: Monitoring the progress of child support cases,**
  **identifying potential issues, and ensuring timely case resolution.**
- **Policy Implementation: Enforcing child support laws and regulations,**
  **interpreting policies, and making adjustments as needed.**
- **Financial Management: Overseeing the collection and distribution of child**
  **support payments, managing accounts receivable, and identifying potential**
  **discrepancies.**

103. DEFENDANT Anne Shing Chen's non action related to Petitioner, aids in crimes

against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest

services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive

business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

### DEFENDANT 37

104. DEFENDANT Susan M Jones she is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, she is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee her responsibilities included:

- **Staff Supervision: Leading and supervising a team of child support caseworkers, assigning cases, reviewing performance, and providing training.**

- **Case Management Oversight: Monitoring the progress of child support cases, identifying potential issues, and ensuring timely case resolution.**

- **Policy Implementation: Enforcing child support laws and regulations, interpreting policies, and making adjustments as needed.**

- **Financial Management: Overseeing the collection and distribution of child support payments, managing accounts receivable, and identifying potential discrepancies.**

105. DEFENDANT Susan M Jones's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services

fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

### DEFENDANT 38

106. DEFENDANT Dina Issam Farhat Amani was a former Title 28 Debt Collector, STATE OF CALIFORNIA San Bernardino County former Commissioner of the State Admiralty Maritime, Military Tribunal VESSEL, she is a conduit, transmitting utility, and liaison of STATE OF CALIFORNIA, she is a foreign agent of a foreign STATE in public office of trust and honor, she is a conduit, transmitting utility, and liaison of COUNTY OF SAN BERNARDINO, as administrative trustee her responsibilities included:

- **Presiding over hearings**: Judges lead court proceedings, listen to arguments, and ensure order is maintained.

- **Researching legal issues**: Judges read and evaluate legal documents, such as briefs, motions, and claim applications.

- **Applying law and precedent**: Judges use established laws and guidance to make decisions and resolve disputes.

- **Writing opinions**: Judges write decisions, instructions, and opinions regarding cases, claims, and disputes.

- **Determining guilt or innocence**: Judges decide whether someone is guilty or innocent of violating the law.

- **Setting sentencing**: Judges use established laws and guidance to determine sentencing.

- **Ruling on constitutionality**: Judges rule on the constitutionality of laws and legal precedents.

- **Protecting individual rights**: Judges protect the individual rights granted by the state constitution

107. DEFENDANT Dina Issam Farhat Amani's non action related to Petitioner, aids in crimes against Petitioner, which includes genocide, kidnapping, hostage taking, extortion, piracy, honest services fraud, official negligence, aiding in actions related to unfair, unlawful, and deceptive business practices, concealment of material evidence, honest services fraud, disseminating misleading false statements and advertisements via public publications and economic fraud, making a false statement relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business to enrich STATE OF CALIFORNIA. He who does a thing by another is considered as doing it himself. [i.e., the acts of an agent are the acts of the principal.] Broom, Max. 817, 818, et seq.; A Collection Maxim of Law by Charles A. Weisman.

## VIOLATIONS OF LAW:
## FIRST CAUSE OF ACTION
### 42 U.S.C. § 1983--AGAINST ALL DEFENDANTS

108. Petitioner realleges all paragraphs set forth above and incorporates them by reference as though they were fully set forth in this cause of action.

109. Defendants at all times relevant to this action were acting under color of state law.

110. Defendants knowingly making false statements relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business.

111. Defendants manufactured evidence;

112. Defendants used unlawful enforcement of contract not held

113. Defendants used illegal means in the collection of an alleged debt or obligation;

114. Defendants unlawfully imposed unconscionable contracts and contract terms on Petitioner, not giving full disclosure, withholding material information from Petitioners and extorted funds from Petitioner.

115. Defendants made an unreasonable and warrantless seizure of Petitioner and his personal property in violation of the Fourth Amendment to the Constitution of the United States as incorporated and applied to the states by way of the Fourteenth Amendment to the Constitution of the United States.

116. At all times relevant hereto, Defendants acted pursuant to a policy or custom of Defendants State & County, depriving Petitioner of his personal property without court order and without providing an opportunity for Petitioner to be heard.

117. Defendants failed to adopt clear policies and failed to properly train its public official trustees as to the proper role of the public official trustees in private disputes.

118. The Supreme Court has interpreted the provisions of the Constitution that vest authority over foreign affairs in the President to prohibit actions by the states that lie outside their traditional and localized areas of responsibility and instead interfere with the federal government's foreign policy, or otherwise implicate the conduct of foreign policy. *See Garamendi*, 539 U.S. at 418-20.

119. The Constitution prohibits states, "without the Consent of Congress," from "enter[ing] into any Agreement or Compact . . . with a foreign Power . . . ." Art. I, § 10, cl. [3].

120. If the Agreement is not a "Treaty, Alliance, or Confederation" under the Treaty Clause, it is an "Agreement or Compact . . . with a foreign Power" under the Compact Clause.

121. Because Congress has not given its consent to the Agreement, nor have Defendants sought such consent, the Agreement and supporting California law as applied violate the Compact Clause.

122. Defendants' actions individually and collectively interfere with the United States' foreign policy on foreign relation with "Indians not taxed" and members of foreign national governments.

123. Defendants County's policy or custom, and its failure to adopt clear policies and failure to properly train its public official trustees, were a direct and proximate cause of the constitutional deprivation suffered by the Petitioner.

## SECOND CAUSE
## CONVERSION--AGAINST DEFENDANTS

124. Petitioner realleges all paragraphs set forth above and incorporates them by reference as though they were fully set forth in this cause of action.

125. Without Petitioner's consent, Defendants intentionally deprived Petitioner of his unalienable Ab Original [Indigenous] rights.

126. The Supreme Court has interpreted the provisions of the Constitution that vest authority over foreign affairs in the President to prohibit actions by the states that lie outside their traditional and localized areas of responsibility and instead interfere with the federal government's foreign policy, or otherwise implicate the conduct of foreign policy. *See Garamendi*, 539 U.S. at 418-20.

127. The Constitution prohibits states, "without the Consent of Congress," from "enter[ing] into any Agreement or Compact . . . with a foreign Power . . . ." Art. I, § 10, cl. [3].

128. If the Agreement is not a "Treaty, Alliance, or Confederation" under the Treaty Clause, it is an "Agreement or Compact . . . with a foreign Power" under the Compact Clause.

129. At all times relevant hereto, these Defendants acted with malice, recklessness and total and deliberate disregard for the contractual and personal rights of the Petitioner.

## THIRD CAUSE
## FRAUD IN THE INDUCEMENT

130. Petitioner realleges all paragraphs set forth above and incorporates them by reference as though they were fully set forth in this cause of action.

98. Defendant knowingly making false statements relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business.

131. Defendants manufactured evidence;

132. Defendants used unlawful enforcement of contract not held

133. Defendants used illegal means in the collection of an alleged debt or obligation;

134. Defendants unlawfully imposed unconscionable contracts and contract terms on Petitioner, not giving full disclosure, withholding material information from Petitioners and extorted funds from Petitioner.

135. Defendants made an unreasonable and warrantless seizure of Petitioner and his personal property in violation of the Fourth Amendment to the Constitution of the United States as incorporated and applied to the states by way of the Fourteenth Amendment to the Constitution of the United States.

136. At all times relevant hereto, Defendant Deputy acted pursuant to a policy or custom of Defendant State & County depriving Petitioner of his personal property without court order and without providing an opportunity for Petitioner to be heard.

137. Defendants failed to adopt clear policies and failed to properly train its public official trustees as to the proper role of the public official trustees in private disputes.

138. The Supreme Court has interpreted the provisions of the Constitution that vest authority over foreign affairs in the President to prohibit actions by the states that lie outside their traditional

and localized areas of responsibility and instead interfere with the federal government's foreign policy, or otherwise implicate the conduct of foreign policy. *See Garamendi*, 539 U.S. at 418-20.

139. The Constitution prohibits states, "without the Consent of Congress," from "enter[ing] into any Agreement or Compact . . . with a foreign Power . . . ." Art. I, § 10, cl. [3].

140. If the Agreement is not a "Treaty, Alliance, or Confederation" under the Treaty Clause, it is an "Agreement or Compact . . . with a foreign Power" under the Compact Clause.

141. Defendants County's policy or custom, and its failure to adopt clear policies and failure to properly train its public official trustees, were a direct and proximate cause of the constitutional deprivation suffered by the Petitioner.

## FOURTH CLAIM
## VIOLATION OF U.C.C.--AGAINST DEFENDANT

142. Petitioner realleges all paragraphs set forth above and incorporates them by reference as though they were fully set forth in this cause of action.

143. Defendants' manner of KIDNAPPING & HOSTAGE TAKING of Ab Original Children was a breach of the peace in violation of [*state codification of U.C.C. § 9-609*].

144. Defendant's actions were the proximate cause of the damages alleged by Plaintiff in the preceding paragraphs.

## FIFTH CLAIM
## FALSE ARREST

145. Petitioner realleges all paragraphs set forth above and incorporates them by reference as though they were fully set forth in this cause of action.

146. Defendant knowingly making false statements relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business.

147. Defendants manufactured evidence;

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 67

148. Defendants used unlawful enforcement of contract not held

149. Defendants used illegal means in the collection of an alleged debt or obligation;

150. Defendants unlawfully imposed unconscionable contracts and contract terms on Petitioner, not giving full disclosure, withholding material information from Petitioners and extorted funds from Petitioner.

151. Defendants made an unreasonable and warrantless seizure of Petitioner and his personal property in violation of the Fourth Amendment to the Constitution of the United States as incorporated and applied to the states by way of the Fourteenth Amendment to the Constitution of the United States.

152. At all times relevant hereto, Defendant Deputy acted pursuant to a policy or custom of Defendant State & County depriving Petitioner of his personal property without court order and without providing an opportunity for Petitioner to be heard.

153. Defendants failed to adopt clear policies and failed to properly train its public official trustees as to the proper role of the public official trustees in private disputes.

154. The Supreme Court has interpreted the provisions of the Constitution that vest authority over foreign affairs in the President to prohibit actions by the states that lie outside their traditional and localized areas of responsibility and instead interfere with the federal government's foreign policy, or otherwise implicate the conduct of foreign policy. *See Garamendi*, 539 U.S. at 418-20.

155. The Constitution prohibits states, "without the Consent of Congress," from "enter[ing] into any Agreement or Compact . . . with a foreign Power . . . ." Art. I, § 10, cl. [3].

156. If the Agreement is not a "Treaty, Alliance, or Confederation" under the Treaty Clause, it is an "Agreement or Compact . . . with a foreign Power" under the Compact Clause.

157. Defendants County's policy or custom, and its failure to adopt clear policies and failure
to properly train its public official trustees, were a direct and proximate cause of the constitutional
deprivation suffered by the Petitioner.

### SIXTH CLAIM
### FALSE IMPRISONMENT

158. Petitioner realleges all paragraphs set forth above and incorporates them by reference as
though they were fully set forth in this cause of action.

159. Defendant knowingly making false statements relating to evidence or information
obtained in the course of employment, and knowingly publishing a slander or a libel in the course of
business.

160. Defendants manufactured evidence;

161. Defendants used unlawful enforcement of contract not held

162. Defendants used illegal means in the collection of an alleged debt or obligation;

163. Defendants unlawfully imposed unconscionable contracts and contract terms on
Petitioner, not giving full disclosure, withholding material information from Petitioners and extorted
funds from Petitioner.

164. Defendants made an unreasonable and warrantless seizure of Petitioner and his personal
property in violation of the Fourth Amendment to the Constitution of the United States as
incorporated and applied to the states by way of the Fourteenth Amendment to the Constitution of the
United States.

165. At all times relevant hereto, Defendant Deputy acted pursuant to a policy or custom of
Defendant State & County depriving Petitioner of his personal property without court order and
without providing an opportunity for Petitioner to be heard.

166. Defendants failed to adopt clear policies and failed to properly train its public official
trustees as to the proper role of the public official trustees in private disputes.

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 69

167. The Supreme Court has interpreted the provisions of the Constitution that vest authority over foreign affairs in the President to prohibit actions by the states that lie outside their traditional and localized areas of responsibility and instead interfere with the federal government's foreign policy, or otherwise implicate the conduct of foreign policy. *See Garamendi*, 539 U.S. at 418-20.

168. The Constitution prohibits states, "without the Consent of Congress," from "enter[ing] into any Agreement or Compact . . . with a foreign Power . . . ." Art. 1, § 10, cl. [3].

169. If the Agreement is not a "Treaty, Alliance, or Confederation" under the Treaty Clause, it is an "Agreement or Compact . . . with a foreign Power" under the Compact Clause.

170. Defendants County's policy or custom, and its failure to adopt clear policies and failure to properly train its public official trustees, were a direct and proximate cause of the constitutional deprivation suffered by the Petitioner.

### SEVENTH CLAIM
### POLICE MISCONDUCT

171. Petitioner realleges all paragraphs set forth above and incorporates them by reference as though they were fully set forth in this cause of action.

172. Defendant knowingly making false statements relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business.

173. Defendants manufactured evidence;

174. Defendants used unlawful enforcement of contract not held

175. Defendants used illegal means in the collection of an alleged debt or obligation;

176. Defendants unlawfully imposed unconscionable contracts and contract terms on Petitioner, not giving full disclosure, withholding material information from Petitioners and extorted funds from Petitioner.

177. Defendants made an unreasonable and warrantless seizure of Petitioner and his personal property in violation of the Fourth Amendment to the Constitution of the United States as incorporated and applied to the states by way of the Fourteenth Amendment to the Constitution of the United States.

178. At all times relevant hereto, Defendant Deputy acted pursuant to a policy or custom of Defendant State & County depriving Petitioner of his personal property without court order and without providing an opportunity for Petitioner to be heard.

179. Defendants failed to adopt clear policies and failed to properly train its public official trustees as to the proper role of the public official trustees in private disputes.

180. Defendants County's policy or custom, and its failure to adopt clear policies and failure to properly train its public official trustees, were a direct and proximate cause of the constitutional deprivation suffered by the Petitioner.

### EIGHTH CLAIM
### MALICE PROSECUTION

181. Petitioner realleges all paragraphs set forth above and incorporates them by reference as though they were fully set forth in this cause of action.

182. Defendant knowingly making false statements relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business.

183. Defendants manufactured evidence;

184. Defendants used unlawful enforcement of contract not held

185. Defendants used illegal means in the collection of an alleged debt or obligation;

154. Defendants unlawfully imposed unconscionable contracts and contract terms on Petitioner, not giving full disclosure, withholding material information from Petitioners and extorted funds from Petitioner.

186. Defendants made an unreasonable and warrantless seizure of Petitioner and his personal property in violation of the Fourth Amendment to the Constitution of the United States as incorporated and applied to the states by way of the Fourteenth Amendment to the Constitution of the United States.

187. At all times relevant hereto, Defendant Deputy acted pursuant to a policy or custom of Defendant State & County depriving Petitioner of his personal property without court order and without providing an opportunity for Petitioner to be heard.

188. Defendants failed to adopt clear policies and failed to properly train its public official trustees as to the proper role of the public official trustees in private disputes.

189. Defendants County's policy or custom, and its failure to adopt clear policies and failure to properly train its public official trustees, were a direct and proximate cause of the constitutional deprivation suffered by the Petitioner.

## NINTH CLAIM
## FABRICATION OF EVIDENCE

190. Petitioner realleges all paragraphs set forth above and incorporates them by reference as though they were fully set forth in this cause of action.

191. Defendant knowingly making false statements relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business.

192. Defendants manufactured evidence;

193. Defendants used unlawful enforcement of contract not held

194. Defendants used illegal means in the collection of an alleged debt or obligation;

195. Defendants unlawfully imposed unconscionable contracts and contract terms on Petitioner, not giving full disclosure, withholding material information from Petitioners and extorted funds from Petitioner.

196. Defendants made an unreasonable and warrantless seizure of Petitioner and his personal property in violation of the Fourth Amendment to the Constitution of the United States as incorporated and applied to the states by way of the Fourteenth Amendment to the Constitution of the United States.

197. At all times relevant hereto, Defendant Deputy acted pursuant to a policy or custom of Defendant State & County depriving Petitioner of his personal property without court order and without providing an opportunity for Petitioner to be heard.

198. Defendants failed to adopt clear policies and failed to properly train its public official trustees as to the proper role of the public official trustees in private disputes.

199. The Supreme Court has interpreted the provisions of the Constitution that vest authority over foreign affairs in the President to prohibit actions by the states that lie outside their traditional and localized areas of responsibility and instead interfere with the federal government's foreign policy, or otherwise implicate the conduct of foreign policy. *See Garamendi*, 539 U.S. at 418-20.

200. The Constitution prohibits states, "without the Consent of Congress," from "enter[ing] into any Agreement or Compact . . . with a foreign Power . . . ." Art. I, § 10, cl. [3].

201. If the Agreement is not a "Treaty, Alliance, or Confederation" under the Treaty Clause, it is an "Agreement or Compact . . . with a foreign Power" under the Compact Clause.

202. Defendants County's policy or custom, and its failure to adopt clear policies and failure to properly train its public official trustees, were a direct and proximate cause of the constitutional deprivation suffered by the Petitioner.

## TENTH CLAIM
## VIOLATION OF DUE PROCESS

203. Petitioner realleges all paragraphs set forth above and incorporates them by reference as though they were fully set forth in this cause of action.

204. Defendant knowingly making false statements relating to evidence or information obtained in the course of employment, and knowingly publishing a slander or a libel in the course of business.

205. Defendants manufactured evidence;

206. Defendants used unlawful enforcement of contract not held

207. Defendants used illegal means in the collection of an alleged debt or obligation;

208. Defendants unlawfully imposed unconscionable contracts and contract terms on Petitioner, not giving full disclosure, withholding material information from Petitioners and extorted funds from Petitioner.

209. Defendants made an unreasonable and warrantless seizure of Petitioner and his personal property in violation of the Fourth Amendment to the Constitution of the United States as incorporated and applied to the states by way of the Fourteenth Amendment to the Constitution of the United States.

210. At all times relevant hereto, Defendant Deputy acted pursuant to a policy or custom of Defendant State & County depriving Petitioner of his personal property without court order and without providing an opportunity for Petitioner to be heard.

211. Defendants failed to adopt clear policies and failed to properly train its public official trustees as to the proper role of the public official trustees in private disputes.

212. The Supreme Court has interpreted the provisions of the Constitution that vest authority over foreign affairs in the President to prohibit actions by the states that lie outside their traditional and localized areas of responsibility and instead interfere with the federal government's foreign policy, or otherwise implicate the conduct of foreign policy. *See Garamendi*, 539 U.S. at 418-20.

213. The Constitution prohibits states, "without the Consent of Congress," from "enter[ing] into any Agreement or Compact . . . with a foreign Power . . . ." Art. I, § 10, cl. [3].

214. If the Agreement is not a "Treaty, Alliance, or Confederation" under the Treaty Clause, it is an "Agreement or Compact . . . with a foreign Power" under the Compact Clause.

215. Defendants County's policy or custom, and its failure to adopt clear policies and failure to properly train its public official trustees, were a direct and proximate cause of the constitutional deprivation suffered by the Petitioner.

### ELEVENTH CAUSE
### VIOLATIONS OF TRUSTS, ETC., IN
### RESTRAINT OF TRADE ILLEGAL; PENALTY
### (15 U.S. Code § 1)

216. Petitioner realleges all paragraphs set forth above and incorporates them by reference as though they were fully set forth in this cause of action.

217. Defendants knowingly making a false statement relating to evidence and information obtained in the course of employment, contracting in a combination of trust and conspiracy, in restraint of trade and commerce among the several states, and with foreign nations, in violation of **15 U.S. Code § 1,** including but not limited to:

218. Unlawfully imposing unconscionable contracts and contract terms on alleged "**PERSON,**" withholding material evidence, refusing to give full disclosure to Petitioner, stealing, counterfeiting and – swindling in violation of 15 U.S. Code § 1.

219. The Supreme Court has interpreted the provisions of the Constitution that vest authority over foreign affairs in the President to prohibit actions by the states that lie outside their traditional and localized areas of responsibility and instead interfere with the federal government's foreign policy, or otherwise implicate the conduct of foreign policy. *See Garamendi*, 539 U.S. at 418-20.

220. The Constitution prohibits states, "without the Consent of Congress," from "enter[ing] into any Agreement or Compact . . . with a foreign Power . . . ." Art. I, § 10, cl. [3].

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 75

221. If the Agreement is not a "Treaty, Alliance, or Confederation" under the Treaty Clause, it is an "Agreement or Compact . . . with a foreign Power" under the Compact Clause.

222. Unlawful enforcement of contract not held.

## **GROUNDS FOR RELIEF SOUGHT:**

A. **Article 3, Section 2.**

**THE JUDICIAL POWER SHALL EXTEND TO ALL CASES, IN LAW AND EQUITY, ARISING UNDER THIS CONSTITUTION**, the laws of the United States, **AND TREATIES MADE**, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--**TO ALL CASES OF ADMIRALTY AND MARITIME JURISDICTION**;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects. **IN ALL CASES AFFECTING AMBASSADORS, OTHER PUBLIC MINISTERS AND CONSULS, AND THOSE IN WHICH A STATE SHALL BE PARTY, THE SUPREME COURT SHALL HAVE ORIGINAL JURISDICTION**. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

B. **STATE OF CALIFORNIA, SUPERIOR COURTS NEVER HAD JURISDICTION TO HEAR ANY CASE AGAINT PLAINTIFF WITHOUT HIS CONSENT.**

C. **PLAINTIFF NEVER GAVE CONSENT TO ANY HEARING COMMENBED AGAINST HIS PERSON.**

D. **11th Amendment.**

The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, **OR BY CITIZENS OR SUBJECTS OF ANY FOREIGN STATE.**

**E. ALL DEFENDEANTS ARE FOREIGN AGENTS AND SUBJECTS OF A FOREIGN STATE.**

**F. Article 3, Section 3.**

Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.

**G. ALL DEFEDANTS HAVE OPENLY, VOLUNTARILY, WILLINGLY, KNOWINGLY, AND INTENTIONALLY COMMITTED TREASON.**

H. All four of Plaintiff's children have been kidnapped held hostage WITH ABSOLUTELY NO CONTACT since June of 2018, almost seven Gregorian Calander years now.

I. Plaintiff INVOKED Magna Carta Articles 39 & 61, Universal Notice of ROYAL ASSENT by Duchy of Lancaster Hugh Williams Douglas Bruce Watt. *See* https://www.scribd.com/document/812053346/UCC-1-202-Universal-Notice-of-Royal-Assent-MAGNA-CARTA-Art-39-61-Invok*ed* .

J. U.C.C. 1 Financing Statement File No.: 2024-0250529, File Date: [08/21/2024], Lapse Date: [08/21/2029]; DEBTOR: ASIM NAJEE-ASMAR BEY, ELIGH ASIM PEOPLES HOWELL, AARON DANIEL PEOPLES HOWELL, AVORY JEREMIAH HOWELL, & ALEXANDRIA-JHAI QUIANA HOWELL, SECURED PARTY(S): Asim Najee-Asmar Bey, and Nadie Taa El, with collateral statement holding Hold Harmless and Indemnity Agreement, stipulated by Security Agreement No,: 260919732019, Public Notice/Affidavit of Fact, Common Law Copywright and Power of Attorney, *See EXHIBIT B &* https://www.scribd.com/document/761675005/2024-UCC-1-SECURED-PARTY-Asim-Najee-Asmar-Bey-DEBTOR-ASIM-NAJEE-ASMAR-BEY . No other party holds 10% stock or more in the corporate fictions ASIM NAJEE-ASMAR BEY, ELIGH ASIM PEOPLES HOWELL, AARON DANIEL PEOPLES HOWELL, AVORY JEREMIAH HOWELL, &

ALEXANDRIA-JHAI QUIANA HOWELL. See https://www.scribd.com/document/761675005/2024-UCC-1-SECURED-PARTY-Asim-Najee-Asmar-Bey-DEBTOR-ASIM-NAJEE-ASMAR-BEY .

    K. Plaintiff, recorded against Defendants in Official Records with the California Secretary of State, UCC-1 Financing Statement File Number: **19-7753321593**, File Date: **12/20/2019**, lapse date: **12/20/2024**, perfected lien amount of which DEBTORS agree to pay Secured Party $6,906,000,000.00 (Six-Billion, Nine-Hundred, Six-Millon Dollars) in Functional United States Currency, gold and/or silver equivalent by the ounce at current market value with daily interest of 9% for Commercial Dishonor., of which Administrative Officer, Donald Robert Alvarez with conspiring agents and agencies identified herein as "Defendants", unlawfully ordered California S.O.S. to STRIKE the recorded filing from the State's record, and to further restrain Plaintiff from filing any further liens. *See* https://www.scribd.com/document/762841608/CALIFORNIA-S-O-S-UNLAWFULLY-REMOVED-UCC-1-FINANCING-STATEMENT-FILENO-197753321593-FILE-DATE-12-20-2019 .

    L. Plaintiff, recorded against Defendants in Official Records with the California Secretary of State, UCC-1 Financing Statement File Number: **20-7762201441**, File Date: **02/12/2020**, lapse date: **02/12/2025**, perfected lien amount of which DEBTORS agree to pay Secured Party $249,000,000.00 (Two-Hundred, Forty-Nine Millon Dollars) in Functional United States Currency, gold and/or silver equivalent by the ounce at current market value with daily interest of 9% for Commercial Dishonor. *See* https://www.scribd.com/document/762844959/Lien-Package-STATE-OF-CALIFORNIA-AND-CASEY-LEIGH-HALLINAN-HICKS-all-Debtors-agree-to-pay-Secured-Party-249-000-000-00-in-Functional-United-States .

M. Plaintiff, recorded against Defendants in Official Records with the California Secretary of State, UCC-1 Financing Statement File Number: **20-7766124621**, File Date: **03/06/2020**, lapse date: **03/06/2025**, perfected lien amount of which DEBTORS agree to pay Secured Party $805,500,000.00 (Eight-Hundred & Five Millon, Five-Hundred Thousand Dollars) in Functional United States Currency, gold and/or silver equivalent by the ounce at current market value with daily interest of 9% for Commercial Dishonor. *See* https://www.scribd.com/document/761678522/Lien-Package-UCC-1-File-No-20-7766124621 .

N. Plaintiff, recorded against Defendants in Official Records with the California Secretary of State, UCC-1 Financing Statement File Number: **20-0399625**, File Date: **07/01/2021**, lapse date: **07/01/2026**, perfected lien amount of which DEBTORS agree to pay Secured Party $999,999,999,999.00 (Nine Hundred & Ninety-Nine Billion, Nine Hundred & Ninety-Nine Million, Nine Hundred & Ninety-Nine Thousand, Nine Hundred & Ninety-Nine Dollars) in Functional United States Currency, gold and/or silver equivalent by the ounce at current market value with daily interest of 9% for Commercial Dishonor. *See* https://www.scribd.com/document/761938259/Lien-recorded-on-ALEJANDRO-GARCIA-PADILLA-CALIFORNIA-SECRETARY-OF-STATE-EVIDENCE-OF-GENOCIDE .

O. Plaintiff, recorded against Defendants in Official Records with the California Secretary of State, UCC-1 Financing Statement File Number: **20-0399624**, File Date: **07/01/2021**, lapse date: **07/01/2026**, perfected lien amount of which DEBTORS agree to pay Secured Party $9,000,000,000,000. (Nine Trillion Dollars) in Functional United States Currency, gold and/or silver equivalent by the ounce at current market value with daily interest of 9% for Commercial Dishonor. *See* https://www.scribd.com/document/761932573/9-Trillion-Lien-State-of-California-Gavin-Newsom-California-DCSS-EVIDENCE-OF-RICO .

P. Plaintiff, recorded against former Manager of the NOW dissolved UNITED STATES INC.

in Official Records with the Commonwealth for the State of West Virginia, Secretary of State, UCC-1

Financing Statement File Number: **2021E102300003**, File Date: **10/23/2021**, lapse date: **NONE**,

perfected lien amount of which DEBTORS agree to pay Secured Party $,45,369,810, 900,720.00

(Forty-Five Trillion, Three Hundred & Sixty-Nine Billion, Eight Hundred & Ten Million, Nine

Hundred Thousand, Seven Hundred & Twenty Dollars) in Functional United States Currency, gold

and/or silver equivalent by the ounce at current market value with daily interest of 9% for

Commercial Dishonor. *See* **https://www.scribd.com/document/761939637/Lien-on-ELIZABETH-**

**ALEXANDRA-MARY-WINDSOR-MOUNTBATTEN-BATTENBERG-SAXE-COBURG-**

**recorded-with-the-Common-Wealth-of-West-Virginia** .

Doctrine of precedent. (18c) 1. The rule that precedents not only have persuasive authority but also

must be followed when similar circumstances arise .• This rule developed in the 19th century and

prevails today. See STARE DECISIS.

**STARE DECISIS**. Lat. To abide by, or adhere to, decided cases. Policy of courts to stand by

precedent and not to disturb settled point. Neff v. George, 364 Ill. 306, 4 N.E.2d 338, 390, 391.

Doctrine that, when court has once laid down a principle of law as applicable to a certain state of

facts, it will adhere to that principle, and apply it to all future cases, where facts are substantially the

same. Moore v. City of Albany, 98 N.Y. 396, 410; Regardless of whether the parties and property are

the same. Horne v. Moody, Tex.Civ.App., 146 S.W.2d 505, 509, 510. Under doctrine a deliberate or

solemn decision of court made after argument on question of law fairly arising in the case, and

necessary to its determination, is an authority, or binding precedent in the same court, or in other

courts of equal or lower rank in subsequent cases where the very point is again in controversy. State

v. Mellenberger, 163 Or. 233, 95 P.2d 709, 719, 720, 128 A.L.R. 1506 (Black's Law Dictionary 4th

Ed. Pg. 1577).

**STARE DECISIS ET NON QUIETA MOVERE**. To adhere to precedents, and not to unsettle things which are established. 87 Pa. 286; Ballard County v. Kentucky County Debt Commission, 290 Ky. 770, 162 *S.W.2d* 771, 773. See Stare Decisis (Black's Law Dictionary 4th Ed. Pg.1578).

## RELIEF SOUGHT

**WHEREFORE,** the Officer the "Court" enter judgment in favor of Petitioner and against Defendant as follows:

A. That STATE OF CALIFORNIA has engaged in unlawful, unfair or fraudulent business acts and practices in violation of Business & Professions Code section 17200 et seq., §§ 17500.1-17500.5, §§ 7561-7567, 42 U.S. Code § 1983, 15 U.S. Code § 1;

B. That STATE OF CALIFORNIA, its agents, employees, and all other conspiring persons and entities, corporate or otherwise, in active concert or participation with any of them, be permanently enjoined engaging in unfair competition as defined in Business and Professions Code section 17200 et seq., §§ 17500.1-17500.5, §§ 7561-7567, 42 U.S. Code § 1983, 15 U.S. Code § 1, including but not limited to the acts and practices alleged in this complaint, under the authority of Business and Professions Code section 17203;

C. STATE OF CALIFORNIA be ordered to pay a civil penalty of  $1,800,000,000. (One Billion, Eight-Hundred Million Dollars) in Functional United States Currency, gold and/or silver equivalent by the ounce at current market value with daily interest of 9% for Commercial Dishonor for violation of Business and Professions Code section 17200 et seq., §§ 17500.1-17500.5, §§ 7561-7567, 42 U.S. Code § 1983, 15 U.S. Code § 1;

D. That One-Hundred Percent legal & physical custody be **IMMEDIATELY** ordered in favor of Plaintiff;

E. That the removal of all legal restriction concerning Plaintiff's PERSON be **IMMEDIATELY** removed, i.e., passport, licensing, etc.;

F. That the Court make such orders or judgments as may be necessary, including placing Plaintiff's children and Plaintiff on the STATE OF CALIFORNIA'S **DO NOT DETAIN** list, and to prevent the use or employment by STATE OF CALIFORNIA and conspiring of any practice which constitutes unfair competition or as may be necessary to restore to Petitioner money or property, real or personal;

G. That the Court the dismiss these matters with prejudice, and reverse the above-alphanumeric codes FAMRS1002314 / FAMSS1103207;

H. That Petitioner recover costs of suit, including costs of investigation; and

I. That the Court award such other relief that it deems just, proper, and equitable.

ONLINE EXHIBITS VIA SCRIBD.COM

1. ®FICTITIOUS BUSINESS NAME (R-202310140) ASIM NAJEE-ASMAR BEY *See* https://www.scribd.com/document/761910222/FICTITIOUS-BUSINESS-NAME-R-202310140-ASIM-NAJEE-ASMAR-BEY .

2. ECCLESIASTICAL DEED POLL RE: ASIM NAJEE-ASMAR BEY / ASIM NAJEE-ASMAR HOWELL *See* https://www.scribd.com/document/761908716/Ecclesiastical-Deed-Poll-Re-Asim-Najee-Asmar-Bey-Asim-Najee-Asmar-Howell .

3. PUBLIC NOTICE / INCIDENTAL TO BE FILED IN RECORDS - EVIDENCE OF GENOCIDE/TREASON/INTERFERENCE WITH COMMERCE COMMITTED BY CAILIFORNIA SECRETARY OF STATE *See* https://www.scribd.com/document/761906921/Public-Notice-Incidental-to-be-filed-in-records-Evidence-of-Genocide-Treason-Interference-with-commerce-Committed-By-Cailifornia-Secretary-of-Stat .

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 82

4. NOTICE OF LIFE CONFIRMED SIGNATURE DELIVERY TO FEDERAL TRADE COMMISSION HEADQUARTERS: DAVID B. ROBBINS *See* https://www.scribd.com/document/761904536/Notice-of-Life-Confirmed-Signature-Delivery-to-FEDERAL-TRADE-COMMISSION-HEADQUARTERS-DAVID-B-ROBBINS

5. Confession/Evidence of kidnapping, child trafficking Case P18-110933 - SBC#FAMSS1103207 Avory / Alexandria-Jhai https://www.scribd.com/document/812526648/Case-P18-110933-FAMSS1103207-Avory-Alexandria-Jhai .

6. Confession/Evidence of kidnapping, child trafficking **Case** P18113582∀ FAMRS1002314 Eligh / Aaron https://www.scribd.com/document/812526180/Case-P18113582-FAMRS1002314-Eligh-Aaron .

Witnesses:
- Cherie Robinson
- Richard Howell
- California Secretary of State Shirley N. Weber
- California Attorney General Rob Bonta

**Copies provided to:**

Cc: State of California, Department of Justice, Attorney General Rob Bonta.

Cc: State of California, California Secretary of State - Shirley N. Weber Ph.D.

Cc: Dutchy of Lancaster Solicitor: Hugh William Douglas Bruce-Watt

Cc: The Vatican/Holy See/Pope Francis I (Pope Francis Apologizes to Indigenous Peoples for 'Grave Sins' of Colonialism) *https://www.scribd.com/document/337781170/Pope-Francis-Apologizes-to-Indigenous-Peoplesfor-Grave-Sins-of-Colonialism*

Cc: United Nations office of the High Commissioner for Human Rights - Volker Türk

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

**DEMAND FOR JURY TRIAL, DEMAND FOR ARTICLE III JUDGE, & DECLINE MAGISTRATE JUDGE.**

**ALL RIGHTS RESERVED TO AMEND WITHOUT LEAVE OF COURT**

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 83

Pursuant to title 28 U.S.C. Section 1746 (1) and executed "Without the United States", I, **A̲s̲i̲m̲**
**Najee-Asmar Bey, Lineage:** Ab Original to the Americas, "*Indians not taxed*", **Pedigree:** Ab
Original Autochthonous of the lands known as Turtle Island, Atlan, Amexem, Muu-Lan, Hexian,
misnomer Americas and her islands; we the people, affirm under the penalty of perjury under the
laws of the United States of America that the foregoing is true and correct to the best of my belief
and informed knowledge. "*I declare under penalty of perjury that the foregoing is true and correct.*
28 U.S.C. § 1746. Unsworn declarations under penalty of perjury."

## CERTIFICATION OF SPECIAL ACKNOWLEDGMENT.

I, "Nadie-Taa:Ei©™ a.k.a. Asim-Najee Asmar: Bey, attest and affirm that the aforementioned is
true and correct, attested to and presented by The Chief Administrator / Grantor / Settlor / Creditor,
Asim-Najee Asmar: Bey a living, breathing, self-aware Ab Original Man (not deceased) who is also
the Executor / Director / Sole Beneficiary / Sole Shareholder / Chief Executive Officer of any
associated Trust, Estate, Legal Name, State (Foreign or otherwise), and/or corporation of the Legal
Person known by, referred to, or rendered as ASIM NAJEE ASMAR BEY.

I further acknowledge that this is an act of my free will and Deed to execute my acknowledgement
of my acceptance of the Trust / real property / Estate as well as lawful control of the real property /
Estate / Corporation / Trust. Be it said, Be it documented done in/on/and for the record, in this
lawful Nisi Prius court of record on this ___9___ day of ___January___ 2025.

Honorably presents,

**By: Executor**
Office of the Executor:  ASIM NAJEE ASMAR BEY, ESTATE
Asim Najee-Asmar :Bey
Employer ID No.: 565535821
In Care Of 3890 Orange Street, Suite 1173,
Without U.S. 28 U.S.C. 1746(1)
Riverside [Non-domestic], California, near [92502].

**NOTARY PUBLIC'S JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Serrano / Atlan / Turtle-Island /Land of The Frogs / Muu-lan /Egypt of the West / Amexem
33° 59' 22.56" North Latitude; 117° 22' 18.768" West Longitude
Using a notary on this document does not constitute an adhesion, nor does it alter my Indigenous / Autochthonous Standing in any matter.

The purpose for the notary is for verification and identification only and not for entrance in any foreign jurisdiction as an advantage for Settlers, Albinos, Lepers, Amorites, Canaanites, Computer Intelligence [Artificial Intelligence aka A.I.], Confederates, Corporations, and fictitious entities to implement Corporate Laws, Fictitious Codes, and Commercial Contracts over my Natural /Autochthonous / Autochthonous / Flesh and Blood, Nubun-Ite Body United Nations Declaration on the Rights of Indigenous Peoples
http://www.un.org/esa/socdev/unpfii/documents/DRIPS_en.pdf.

American Declaration on the Rights of Indigenous Peoples http://cdn7.iitc.org/wp-content/uploads/AG07150E06_web.pdf ; UN Convention on Economic, Social & Cultural Rights, United Nations Charter: Article 55 & 56, Presidential Proclamation 7500, H.J.R. 194, S. Con. Res 26. S. 1200, HJR-3(HJ 3 IH). Motu Proprio July 2013, http://w2.vatican.va/content/rancesco/en/motu_proprio/documents/papa-francesco-motu-proprio_20130711_organi-giudiziari.html.

<u>**JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL**</u>

Affirmed to & subscribed before me this day of January 9, 2025 A.D.,

By: _Asim Bey OM_ _____ U.C.C. 1-308, § 3-402(b), § 3-419.

BEFORE ME, the undersigned authority, a Notary Public, of the County of Riverside, this 9 day of January, 2025 A.D.

Asim–Najee Asmar: Bey©™ did appear and was identified by:

California ID No.: B7210679, Issue Date:[10/27/2024] Expiration Date: [02/15/2030], and who, upon first being duly affirmed, deposes, and says that the aforegoing asseveration is true to the best of his/her knowledge and belief.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

**NOTARIAL JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California; County of _Riverside_
Subscribed and sworn to (or affirmed) before me
on this _9th_ day of _January_, 20 _25_
by _Asim Bey_
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature _C. R_



C. ROBINSON
COMM. #2504878
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires Nov. 19, 2028

JUDICIAL NOTICE OF VERIFIED COMPLAINT BEY V. STATE OF CALIFORNIA ET AL DUNS NO.: 071549000 - 85